IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:03CR223 |
| vs. | |
| DALE CARTER, | ORDER TO RELEASE GARNISHMENT |
| Defendant. | |

This matter comes before this Court on the Motion of the Plaintiff, United States of America, for an order releasing the garnishment against Release Ministries, 3223 N. 45th Street, Omaha, NE 68110,

IT IS HEREBY ORDERED that the garnishment against Release Ministries, is released.

DATED this 6th day of October, 2015.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge